UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOEL HERRERA SOTOLONGO,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents | Case No. 5:26-cv-02549-PA-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On October 9, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation denying Petitioner Yoel Herrera Sotolongo's ("Petitioner") petition for a writ of habeas corpus (the "Petition"). (Dkt. No. 20 ("R&R").)

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, and the R&R of the Magistrate Judge. The parties have not submitted any Objections to the findings in the R&R.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted; and

(2) Judgment shall be entered denying the Petition.

(3) Petitioner's Pro Se Motion for Immediate Release from Prolonged Immigration Detention or, in the Alternative, for Expedited Individualized Custody Hearing (Dkt. No. 14) is DENIED; and

(4) Petitioner's Motions for Leave to File an Amended Petition for Writ of Habeas Corpus (Dkt. No. 13 and Dkt. No. 19) are DENIED as moot.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: October 28, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE